IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN BAUTISTA RIVERA, et al.,

    Plaintiffs,

    v.

MARY L. SNOW, et al.,

    Defendants.

                              /

No. CIV S-07-1097 LEW DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

This action has been assigned to United States District Judge Ronald S. W. Lew and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

The parties are informed that they may, if all consent, have this case tried before a United States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals. An appropriate form for consent to trial before a magistrate judge is attached. Any party choosing to consent may complete the form and return it to the Clerk of the Court. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form, unless all parties to the action have consented.

/////

/////

1

1  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS
2  ORDERED that:
3  1. A Status (Pretrial Scheduling) Conference is set for **October 5, 2007, at 11:00 a.m.**,
4  in Courtroom No. 27, before Magistrate Judge Drozd.
5  2. Rule 4(m) of the Federal Rules of Civil Procedure provides that **this action may be**
6  **dismissed if service of process is not accomplished within 120 days from the date the complaint is**
7  **filed**. In order to enable the court to comply with the 120-day time limits specified in Rules 4(m) and
8  16(b), **plaintiffs are strongly encouraged to complete service of process on all defendants within**
9  **90 days of the date of filing their complaint**.
10  3. Concurrently with service of process, or as soon thereafter as possible, plaintiffs shall
11  serve upon each of the defendants named in the complaint, and UPON ALL PARTIES
12  SUBSEQUENTLY JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of
13  this order, and shall promptly file with the Clerk of the Court a certificate reflecting such service.
14  4. All parties shall appear at the Status Conference by counsel, or in person if acting
15  without counsel. Parties may appear at the conference telephonically. To arrange telephonic
16  appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge,
17  at (916) 930-4128.
18  5. Each party shall submit to the court, no later than seven days before the Status
19  (Pretrial Scheduling) Conference, a status report addressing all of the following matters:
20      a. Progress of service of process;
21      b. Possible joinder of additional parties;
22      c. Any expected or desired amendment of the pleadings;
23      d. Jurisdiction and venue;
24      e. Anticipated motions and the scheduling thereof;
25      f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;
26  /////

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l. Any other matters that may aid in the just and expeditious disposition of this action.

6. The Clerk of the Court shall send plaintiffs, along with this order, the appropriate number of copies (i.e., one for each defendant and each plaintiff) of the form "Consent to Proceed Before United States Magistrate Judge." Plaintiffs shall serve each defendant with a copy of the consent form.

DATED: June 11, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\rivera1097.ossc