IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN BAUTISTA RIVERA, et al.,

    Plaintiffs,                          No. CIV S-07-1097 LEW DAD PS

    vs.

MARY L. SNOW, et al.,               ORDER

    Defendants.

_____/

        This fee-paid case has been referred to the undersigned in accordance with Local Rule 72-302(c)(21). The record reflects that both of the plaintiffs and all six defendants are proceeding pro se. Before the court is defendant Mary L. Snow's ex parte application for an extension of time to respond to a request for production of documents served by the plaintiffs on August 10, 2007. The application has been submitted by Mary L. Snow on her own behalf and on behalf of three family members who are also defendants.

        All parties are advised that an individual proceeding in propria persona, i.e., representing himself or herself, may not act on behalf of any other individual proceeding in propria persona. Whether making a physical appearance or filing a document,

> [a]ny individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that

1

duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules. All obligations placed on "counsel" by these Local Rules apply to individuals appearing in propria persona. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

Local Rule 83-183(a).

The present application for extension of time cannot be granted on behalf of four defendants. In the interest of justice, the court will deny the present application without prejudice to the filing of a renewed application signed by all four of the defendants. The renewed application must also include the names of all four applicants in the caption of the document.

In accordance with the above, IT IS ORDERED that:

1. Defendant Mary L. Snow's September 10, 2007 ex parte application for an extension of time is denied without prejudice; and

2. Defendants Mary L. Snow, Stephen M. Snow, Sarah A. Snow, and Samantha E. Snow are granted ten days to file and serve a renewed application for extension of time that complies with this order and Local Rule 83-183.

DATED: September 24, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\rivera1097.reqeot.den

2