1 | MORENO & RIVERA, LLP
2 | 1451 River Park Drive, Suite 145
Sacramento, California 95815
3 | Tel: 916-922-1200 Fax: 916 922-1301

4 | Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
5 | Shanan L. Hewitt, CSN 200168

7 | Attorneys for Defendants
Mary L. Snow, Stephen M. Snow,
8 | Sarah A. Snow, Samantha E. Snow

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA RIVERA, et al., ) | CASE NO. CIV-S-07-1097 LEW DAD PS |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF SUBSTITUTION OF** |
| vs. ) | **COUNSEL FOR DEFENDANTS** |
| ) | |
| ) | |
| ) | |
| MARY L. SNOW, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO PLAINTIFFS JUAN BAUTISTA RIVERA AND CATHY ANN CALFAS:

Please take notice that Defendants MARY SNOW, STEPHEN M. SNOW, SARAH A. SNOW and SAMANTHA E. SNOW (hereinafter defendants) substitute Jonathan B. Paul, Jesse M. Rivera and Shanan L. Hewitt as their new counsel and attorneys of record in this matter.

///
///
///
///

**FORMER ATTORNEY**

Defendants formerly were proceeding in pro per.

**NEW ATTORNEY**

Defendants' new counsel in this mater and new attorney(s) of record on whom all notices and papers may be served is:

> Jonathan B. Paul
> Moreno & Rivera
> 1451 River Park Drive, Suite 145
> Sacramento, CA 95815
> Telephone: (916) 922-1200
> Fax: (916) 922-1301
> Email: jonathan@morenorivera.com

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: September 25, 2007          /s/ Mary L. Snow
                                   Mary L. Snow

Dated: September 25, 2007          /s/ Stephen M. Snow
                                   Stephen M. Snow

Dated: September 25, 2007          /s/ Sarah A. Snow
                                   Sarah A. Snow

Dated: September 25, 2007          /s/ Samatha E. Snow
                                   Samantha E. Snow

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: September 27, 2007 | Respectfully submitted,<br>MORENO & RIVERA |
| 2 | | |
| 3 | | |
| 4 | | /s/ Jonathan B. Paul<br>_____ |
| 5 | | JONATHAN B. PAUL<br>Attorney for Defendants Mary L. Snow, Stephen M. Snow,<br>Sarah A. Snow, Samantha E. Snow |

9  IT IS SO ORDERED.

10  DATED: September 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17  Ddad1/orders.prose/rivera1097.subatty

*Juan Bautista Rivera, et al., vs. Mary L. Snow, et al.,*
U.S. District Court, Eastern District
Case Number **CIV -S-07-1097 LEW DAD PS**

## PROOF OF SERVICE

I am a resident of the United States, employed in the City and County of Sacramento.  My business address is 1451 River Park Dr., Suite 145, Sacramento, California, 95815.  I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with MORENO & RIVERA, LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

__X__ on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

addressed as follows:

| Juan Bautista Rivera | Cathy Ann Calfas |
|---|---|
| 1133 Beelard Drive | 1133 Beelard Drive |
| Vacaville, CA 95687 | Vacaville, CA 95687 |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on September _____, 2007 at Sacramento, California.

_____CLAUDIA SALCEDO

Notice of Substitution of Counsel of Defendants