MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Mary L. Snow, Stephen M. Snow,
Sarah A. Snow, Samantha E. Snow

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA RIVERA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>MARY L. SNOW, et al.,<br><br>Defendants. | CASE NO. CIV-S-07-1097 LEW DAD PS<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

For good cause shown, Defendants MARY L. SNOW, STEPHEN M. SNOW, SARAH A. SNOW, and SAMANTHA E. SNOW are hereby granted an extension of 45 days from the date of this order to respond to the first set of Production of Documents propounded by Plaintiffs JUAN B. RIVERA AND CATHY A. CALFAS.

IT IS SO ORDERED.

DATED: October 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rivera1097.eot.reqproddocs