IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN BAUTISTA RIVERA, et al.,

        Plaintiffs,

    v.

MARY L. SNOW, et al.,

        Defendants.

No. CIV S-07-1097 LEW DAD

ORDER

        This case came before the court on October 5, 2007, for hearing of plaintiffs' amended motion to quash or, in the alternative, to strike portions of defendants' answers. The case was also set for status (pretrial scheduling) conference. When the case was called on the 10:00 a.m. calendar, plaintiffs Juan Bautista Rivera and Cathy Ann Calfas informed the court that they had retained counsel and, shortly thereafter, Geoffrey O. Evers, Esq. made his initial appearance for plaintiffs Juan Bautista Rivera and Cathy Ann Calfas. Jonathan P. Paul, Esq. appeared for defendants Mary L. Snow, Stephen M. Snow, Sarah A. Snow, and Samantha E. Snow. William S. Reustle, Esq. made his initial appearance for defendants Scott D. Wouda and Shaunna L. Wouda.

        Proposed substitutions of attorney submitted by Mr. Evers and Mr. Reustle were approved and signed by the undersigned in open court. With these substitutions, all parties previously proceeding in propria persona are now represented by counsel. Pursuant to Local Rule 72-302(c)(21),

1  the case will be referred back to the assigned district judge for further proceedings, including a status
2  (pretrial scheduling) conference.

3  Upon consideration of the statements and requests of counsel in open court, and good
4  cause appearing, IT IS ORDERED that:

5  1. Plaintiffs' request to withdraw their motion to quash or strike is granted, and the
6  motion, originally filed on July 19, 2007, and amended on July 31, 2007, is dropped from the calendar;

7  2. Counsel for the Snow defendants shall seek appointment of a guardian ad litem for
8  Samantha Snow on or before October 19, 2007;

9  3. This action is referred back to the assigned district judge for further proceedings,
10  including a status (pretrial scheduling) conference, in accordance with Local Rule 37-302(c)(21); and

11  4. All documents hereafter submitted for filing in the case shall bear case number Civ.
12  S-07-1097 LEW DAD or 2:07-cv-1097 LEW DAD.

13  DATED: October 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\rivera1097.oah