MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Mary L. Snow, Stephen M. Snow,
Sarah A. Snow, Samantha E. Snow

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA RIVERA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARY L. SNOW, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CIV-S-07-1097 LEW DAD <br><br> **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

**TO PLAINTIFFS AND THEIR ATTORNEY(S) OF RECORD:**

1. Applicant SAMANTHA E. SNOW is the minor to be represented.

2. This applicant seeks the appointment of the following person as guardian ad litem, STEPHEN M. SNOW, 1127 Beelard Drive, Vacaville, CA 95687; 707-446-6839.

3. The Guardian at litem is to represent the interest of the following person, SAMANTHA E. SNOW, 1127 Beelard Drive, Vacaville, CA 95687; 707-446-6839

4. The person to be represented is a minor born August 5, 1990.

///

5. The court should appoint a guardian ad litem because more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named, SAMANTHA E. SNOW, and no application for the appointment of a guardian ad litem has been made by the person, SAMANTHA E. SNOW or any other person.

6. The proposed guardian ad litem's relationship to the person he will be representing is her father.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 15, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MORENO & RIVERA, LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan B. Paul
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JONATHAN B. PAUL
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　Mary L. Snow, Stephen M. Snow,
　　　　　　　　　　　　　　　　　　　　　Sarah A. Snow, Samantha E. Snow


　　　　　　　　　　　　　　　　　　　　　/s/ Stephen M. Snow
Dated: October 16, 2007　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN M. SNOW


　　　　　　　　　　　　　　　　　　　　　/s/ Samantha E. Snow
Dated: October 16, 2007　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAMANTHA E. SNOW

**ORDER:**

**THE COURT FINDS** that it is reasonable and necessary to appoint a guardian ad litem for the person named on this application, SAMANTHA E. SNOW, as requested.

**THE COURT ORDERS** that STEPHEN M. SNOW is hereby appointed as the guardian ad litem for SAMANTHA E. SNOW for the reasons set forth of this application.


Dated: October 17, 2007　　　　　　　　　　/s/ Ronald S. W. Lew
　　　　　　　　　　　　　　　　　　　　　HON. RONALD S. W. LEW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE