Geoffrey O. Evers (140541)
Evers Law Group, A Professional Corporation
3415 American River Drive, Suite B
Sacramento, CA 95864
tel: 916-974-3000
fax: 916-974-7063
g.evers@everslaw.com

Attorney for Plaintiffs
Juan Bautista Rivera and
Cathy Ann Calfas

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA RIVERA and CATHY ANN CALFAS, <br><br> Plaintiffs, <br><br> v. <br><br> MARY L. SNOW, STEPHEN M. SNOW, SARAH A. SNOW, SAMANTHA E. SNOW, SHAUNNA L. WOUDA, SCOTT D. WOUDA and DOES 1 through 105, <br><br> Defendants. | Case No. 2:07-CV-1097 JAM LEW DAD <br><br> STIPULATION AND REQUEST FOR DISMISSAL OF INDIVIDUAL DEFENDANTS SARAH A. SNOW AND SAMANTHA E. SNOW |

Plaintiffs, JUAN BAUTISTA RIVERA and CATHY ANN CALFAS, dismiss without prejudice any and all causes of action, rights, interests or claims against the named individual Defendants, SARAH A. SNOW and SAMANTHA E. SNOW, in this matter for any and all events, transactions, or communications arising out of or in any way relating to the events and circumstances set forth in Plaintiffs' complaint filed herein.

Defendants Sarah A. Snow and Samantha E. Snow have, by way of their counsel, reviewed this Stipulation and Request for Dismissal and approve it as to form. Accordingly, Plaintiffs, Juan Bautista Rivera and Cathy Ann Calfas, request that this court

*STIPULATION AND REQUEST FOR DISMISSAL OF INDIVIDUAL DEFENDANTS* 1

1 | approve the dismissal requested herein.

2 | Dated: December 19, 2007

Respectfully submitted,
Evers Law Group, A Professional Corporation

By: _____
Geoffrey O. Evers
Attorney for Plaintiffs, Juan Bautista Rivera
and Cathy Ann Calfas,

APPROVED AS TO FORM:

Dated: January 10, 2008

Respectfully submitted,
MORENO & RIVERA

By: _____
Jonathan B. Paul
Attorney for Defendants,
Sarah A. Snow and Samantha E. Snow

ORDER THEREON

The Court, following a review of the Stipulation and Request for Dismissal set forth above, hereby orders that the matter of *Rivera v. Snow, et al.*, Case No. 2:07-CV-1097 LEW DAD, be dismissed without prejudice as to Defendants Sarah A. Snow and Samantha E. Snow only.

IT IS SO ORDERED.

Dated: 5-21-08

_____
UNITED STATES DISTRICT JUDGE