1  Geoffrey O. Evers (140541)
   Evers Law Group, A Professional Corporation
2  3415 American River Drive, Suite B
   Sacramento, CA 95864
3  tel: 916-974-3000
   fax: 916-974-7063
4  g.evers@everslaw.com

5  Attorney for Plaintiffs
   Juan Bautista Rivera and
6  Cathy Ann Calfas

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA RIVERA and CATHY ANN CALFAS,<br><br>Plaintiffs,<br><br>v.<br><br>MARY L. SNOW, STEPHEN M. SNOW, SARAH A. SNOW, SAMANTHA E. SNOW, SHAUNNA L. WOUDA, SCOTT D. WOUDA and DOES 1 through 105,<br><br>Defendants. | Case No. 2:07-CV-1097-LEW-DAD *JAM*<br><br>STIPULATION AND REQUEST FOR DISMISSAL OF INDIVIDUAL DEFENDANTS SHAUNNA L. WOUDA AND SCOTT D. WOUDA |

Plaintiffs, JUAN BAUTISTA RIVERA and CATHY ANN CALFAS, dismiss without prejudice any and all causes of action, rights, interests or claims against the named individual Defendants, SHAUNNA L. WOUDA and SCOTT D. WOUDA, in this matter for any and all events, transactions, or communications arising out of or in any way relating to the events and circumstances set forth in Plaintiffs' complaint filed herein.

Defendants Shaunna L. Wouda and Scott D. Wouda have, by way of their counsel, reviewed this Stipulation and Request for Dismissal and approve it as to form. Accordingly, Plaintiffs, Juan Bautista Rivera and Cathy Ann Calfas, request that this court

*STIPULATION AND REQUEST FOR DISMISSAL OF INDIVIDUAL DEFENDANTS*    1

1 | approve the dismissal requested herein.

2 | Dated: December 19, 2007

Respectfully submitted,
Evers Law Group, A Professional Corporation

By: _____
Geoffrey O. Evers
Attorney for Plaintiffs, Juan Bautista Rivera and Cathy Ann Calfas,

APPROVED AS TO FORM:

Dated: January 2, 2008

Respectfully submitted,
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, BORGES & BROTHERS, LLP

By: _____
Lisa R. Roberts
Attorney for Defendants,
Shaunna L. Wouda and Scott D. Wouda

ORDER THEREON

The Court, following a review of the Stipulation and Request for Dismissal set forth above, hereby orders that the matter of *Rivera v. Snow, et al.*, Case No. 2:07-CV-1097 LEW DAD, be dismissed without prejudice as to Defendants Shaunna L. Wouda and Scott D. Wouda only.

IT IS SO ORDERED.

Dated: 5-21-08

_____
UNITED STATES DISTRICT JUDGE

*STIPULATION AND REQUEST FOR DISMISSAL OF INDIVIDUAL DEFENDANTS*     2