MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Mary L. Snow and Stephen M. Snow

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN BAUTISTA RIVERA, et al., ) | CASE NO. CIV-S-07-1097 JAM DAD |
| Plaintiffs, ) | |
| vs. ) | **STIPULATION and PROPOSED ORDER TO CONTINUE DISCOVERY** |
| MARY L. SNOW, et al., ) | |
| Defendants. ) | |

    NOTICE IS HEREBY GIVEN TO THIS COURT THAT IT HAS HEREBY been agreed upon between, Jonathan B. Paul, Esq., Counsel for Defendants and Geoffrey O. Evers, Esq., Counsel for Plaintiffs that in light of Plaintiffs' counsels' unavailability due to trials and a pre-planned vacation that have prevented the taking of Plaintiffs depositions on the noticed dates of June 23, 2008 and June 24, 2008, the parties stipulate to extending the discovery deadline for an additional week from the current July 11, 2008 deadline to July 18, 2008.  Furthermore, the parties agree that said extension of the discovery deadline shall not affect any

of the other dates or deadlines set forth in any other scheduling order issued by this Court. Thus, discovery, including the hearing of discovery motions, shall be completed by July 18, 2008.

Dated: July 2, 2008               LAW OFFICES OF MORENO & RIVERA

/s/ Jonathan B. Paul

JONATHAN B. PAUL, ESQ.
Attorney for Defendants
Mary L. Snow and Stephen Snow

Dated: July 2, 2008               EVERS LAW GROUP

/s/

(As Authorized on July 2, 2008)

GEOFFREY O. EVERS, ESQ.
Attorney for Plaintiffs
Juan Bautista Rivera & Cathy Ann Calfas

Based upon the foregoing stipulation and for good cause appearing.

IT IS SO ORDERED.

Dated: July 3, 2008

/s/ John A. Mendez

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE

.