IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN BAUTISTA RIVERA, et al.,

    Plaintiffs,                        No. CIV S-07-1097 JAM DAD

    vs.

MARY L. SNOW, et al.,

    Defendants.                  ORDER

_____/

        On April 3, 2009, the parties met in settlement conference with their attorneys. Appearances were placed on the record. The case settled and the principal terms of settlement were placed on the record.

        The settlement contemplated further documentation to be prepared including the detailed specifics of a dispute resolution mechanism, the outline of which was agreed to on the record in principle, for future events should such a mechanism become necessary. The parties were given 15 calendar days in which to submit dispositional documents and defendants to submit payment.

\\\\\

\\\\\

\\\\\

1

| | |
|---|---|
| 1 | Accordingly all previously scheduled dates in this case are vacated.  The parties |
| 2 | shall file dispositional documents no later than 15 calendar days from April 3, 2009. |
| 3 | Dated: April 9, 2009                              /s/ Gregory G. Hollows |
| 4 | _____ <br> U.S. MAGISTRATE JUDGE |
| 5 | GGH:gh:035 <br> rivera.sett |