UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RIVERA, et al** | ) | |
| | ) | |
| vs. | ) | Civ.S-07-1097 JAM DAD |
| | ) | |
| **SNOW, et al** | ) | |
| | ) | **ORDER** |

 **YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following changes with respect to the above-entitled action:

This matter concluded with a settlement agreement between the parties and their counsel of record.  As such, this case is closed and the motion for withdrawal of counsel (#77) is hereby moot

Dated: 8/31/2009

                                          Victoria C. Minor,  Clerk
                                          By:

                                              /s/
                                         _____
                                         H. A. Vine
                                         Courtroom Clerk