# MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Mary L. Snow and Stephen M. Snow

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUAN BAUTISTA RIVERA, et al.,     ) | CASE NO. CIV-S-07-1097 JAM DAD |
|               ) | |
|        Plaintiffs,    ) | **ORDER GRANTING DEFENDANTS'** |
|               ) | **MOTION TO ENFORCE THE** |
| vs.              ) | **SETTLEMENT AGREEMENT** |
|               ) | |
|               ) | |
| MARY L. SNOW, et al.,     ) | |
|               ) | |
|        Defendants.    ) | |
| _____ ) | |

      This cause came for hearing on March 3, 2010 on the motion of the defendants for an order to enforce the settlement agreement against the Plaintiffs. Good cause appearing to the Court it is hereby ordered that:

          1.      Plaintiffs tender a certified check or money order made payable to Stephen and Mary Snow for the sum of Nine Hundred Thirteen Dollars and Fifty Cents ($913.50) as called for under paragraph four of the settlement agreement.

          2.      Plaintiffs tender a certified check or money order made payable to State Farm Insurance in the amount of Four Hundred Thirty Seven Dollars and Fifty Cents ($437.50) to cover the attorneys fees associated with brining the motion herein.

3. Plaintiffs shall ensure delivery of the aforementioned checks to defendants' attorneys of record, The Law Offices of Moreno & Rivera, LLP, 1451 River Park Drive Suite 145, Sacramento, CA 95815, within seven days of having been personally served with this order.

4. That along with this order, defendants personally serve plaintiffs with the settlement draft in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) which Plaintiffs had mailed to defense counsel.

IT IS SO ORDERED.

Dated: March 17, 2010

/s/ John A. Mendez

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE

Approved as to form

(as authorized on March 16, 2010)

/s/Geoffrey O. Evers

Geoffrey O. Evers